# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **LORENZO CRAWFORD** | Case No.: 4:18-CR-00014-CDL-MSH-1 |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **Lorenzo Crawford** has moved the Court to continue the pre-trial hearing of his case, presently scheduled for November 26, 2018. The Government does not oppose this motion. Defendant was arraigned on May 24, 2018, and is currently in custody. Additional time is needed for the receipt of official military records. The Court finds that it is in the interests of justice to allow the parties to complete investigation and time to receive official military records, and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 25] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's March 2019 trial calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this 15th day of November 2018.

    s/Clay D. Land  
    HONORABLE CLAY D. LAND  
    UNITED STATES DISTRICT COURT